# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DAVID TUUPOINA, <br><br> Plaintiff, <br><br> V. <br><br> NANCY A. BERRYHILL, acting as Commissioner of Social Security, <br><br> Defendant. | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** <br><br> (Doc. 3) <br><br><br> CASE NUMBER: 1:18-CV-01320-GSA |

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

X    GRANTED

X    IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐    DENIED, for the following reasons:

ENTERED: October 1, 2018

IT IS SO ORDERED.

Dated:    **October 1, 2018**                **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE