# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TUUPOINA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,[1] Commissioner of Social Security,<br><br>Defendant. | No. 1:18-cv-01320-GSA<br><br>**ORDER VACATING**<br>**ORDER TO SHOW CAUSE**<br><br>**Doc. 16 and 17** |

On July 1, 2019, the Court issued an order to show cause why the above-captioned case should not be dismissed following Plaintiff's failure to file his opening brief in compliance with the scheduling order. On July 15, 2019, Plaintiff responded to the order to show cause and requested an additional extension of time in which to file his opening brief.

Accordingly, the Order to Show Cause is hereby VACATED. Plaintiff is ORDERED to file his opening brief on or before July 19, 2019. The Court will grant Plaintiff no further enlargements of time in this matter.

IT IS SO ORDERED.

Dated: **July 18, 2019**          **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Commissioner of Social Security Andrew Saul is substituted as Defendant pursuant to Fed. R. Civ. P. 25(d). *See also* Section 205(g) of the Social Security Act, 42 USC 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).