1 MCGREGOR W. SCOTT
United States Attorney
2 DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
3 Social Security Administration
TINA L. NAICKER, CSBN 252766
4 Special Assistant United States Attorney
160 Spear Street, Suite 800
5 San Francisco, California 94105
Telephone: (415) 268-5611
6 Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov
7

8 Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| DAVID TUUPOINA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:18-cv-01320-GSA<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO ESPOND TO PLAINTIFF'S OPENING BRIEF** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended from August 13, 2019 to **September 20, 2019**.  This is Defendant's first request for extension.  Good cause exists to grant Defendant's request for extension.  Counsel for Defendant (Counsel) was out in late June and early July to take care of her elderly mother, who had two surgeries.  In addition, Counsel was subsequently hospitalized in early July due to her own health issues.  In addition, Counsel also has over 100+ active social security matters, which require two more dispositive motions until mid-September, and three pending Ninth Circuit matters which require multiple levels of review.  Due to unanticipated leave and heavy caseload, Counsel needs additional time

to adequately review the transcript and properly respond to Plaintiff's Opening Brief. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable.

Respectfully submitted,

Dated: August 19, 2019  */s/ Kelsey Brown*
(*as authorized by email on August 13, 2019)
KELSEY BROWN
Attorney for Plaintiff

Dated: August 19, 2019  MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By  */s/ Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

IT IS SO ORDERED.

Dated: **August 21, 2019**  **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE