MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

|  |  |
|---|---|
| DAVID TUUPOINA,<br><br>       Plaintiff,<br><br>     vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>       Defendant. | Case No.: 1:18-cv-01320-GSA<br><br>**JOINT STIPULATION AND ORDER<br>FOR EXTENSION OF TIME<br>TO RESPOND TO<br>PLAINTIFF'S OPENING BRIEF** |

     IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record,

that the time for Defendant to respond to Plaintiff's Opening Brief be extended from September

20, 2019 to **October 2, 2019**.   This is Defendant's second request for extension. Good cause

exists to grant Defendant's request for extension.  Counsel for Defendant (Counsel) is the

primary caregiver for her mother who had surgery last week.  Counsel has been out of the office

taking care of her mother and is also expected out this week as well (which she did not anticipate

at the time of the last extension request).  Due to unanticipated leave and heavy caseload,

Counsel needs additional time to adequately review the transcript and properly respond to

Plaintiff's Motion for Summary Judgment.  The parties further stipulate that the Court's

Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable.

Respectfully submitted,

Dated: September 20, 2019     _/s/ Kelsey Brown_____
(*as authorized by email on September 20, 2019)
KELSEY BROWN
Attorney for Plaintiff

Dated: September 20, 2019     MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By     _/s/ Tina L. Naicker_____
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

IT IS SO ORDERED.

Dated:    **September 23, 2019**        **_/s/ Gary S. Austin_**
UNITED STATES MAGISTRATE JUDGE