MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| DAVID TUUPOINA,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-01320-GSA<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF.** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended from October 3, 2019 to **October 7, 2019**. This is Defendant's fourth request for extension. Good cause exists to grant Defendant's request for extension. Counsel for Defendant (Counsel) has been out of the office on intermittent sick leave due to her ongoing health issues. Counsel apologizes for the belated request for extension, but has been out of the office due to her chronic migraines, which cause severe vision impairment. Counsel cannot control the duration and onset of her migraines and did not anticipate taking additional leave at the time of the last request for extension. Counsel continues to have severe migraine symptoms and despite due diligence, cannot finalize

Defendant's response.  Due to unanticipated leave, Counsel respectfully requests additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable following her leave.

                                              Respectfully submitted,

Dated: October 4, 2019                      /s/  Kelsey Brown
                                              (*as authorized by email on October 4, 2019)
                                              KELSEY BROWN
                                              Attorney for Plaintiff

Dated:  October 4, 2019                     MCGREGOR W. SCOTT
                                              United States Attorney
                                              DEBORAH LEE STACHEL
                                              Regional Chief Counsel, Region IX
                                              Social Security Administration

                                   By     /s/  Tina L. Naicker
                                              TINA L. NAICKER
                                              Special Assistant U.S. Attorney
                                              Attorneys for Defendant

IT IS SO ORDERED.

    Dated:   **October 7, 2019**                **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE